UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTOPHER HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:23-CV-294-KAC-DCP |
| | ) | |
| RELYANT GLOBAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In the Memorandum Opinion and Order, the Court **GRANTED** Defendant Relyant Global,

LLC's "Motion for Summary Judgment" [Doc. 18.]. Because no claims remain in this action, the

Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT